UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| BARBARA LELEUX | * | CIVIL ACTION NO. _____ |
| VERSUS | * | JUDGE |
| LUTFE HASSAN | * | MAG. |

## COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS

## PARTIES TO THIS COMPLAINT

1.

A.      The plaintiff is Barbara Leleux ("Plaintiff"), a person of the full age of majority who is a resident of and domiciled in St. Mary Parish, Louisiana.

B.      The defendant herein is Lutfe Hassan ("Defendant"), a person of the full age of majority who is a resident of and domiciled in the State of Texas

## BASIS FOR JURISDICTION

2.

This court possesses jurisdiction in this matter pursuant to 42 USC §1983, for the deprivation of the rights, privileges or immunities secured by the Constitution of the United States, Amendment 14 and the statutory provisions of 42 USC §1983.  Specifically, Defendant has deprived Plaintiff of her property without due process of law.

## STATEMENT OF CLAIM

### 3.

On December 14, 2015 Defendant secured a money judgment against various persons including Calvin Leleux, the spouse of Plaintiff in the cause entitled "Hassan v. Swiftships Shipbuilders, LLC , et. al.", said action bearing number 2:14-cv-02592 on the docket of the United States District Court, Eastern District of Louisiana. Plaintiff was not a party to said action, nor did she participate in any way in said action.

### 4.

On May 24, 2016, Defendant filed a Request for Registration of a District Court Judgment Rendered in another District in the cause entitled "Lutfi Hassan v. Swiftships Shipbuilders, LLC, et. al.", said action bearing number 16-00014 on the docket of the United States District Court, Western District of Louisiana, Lafayette Division.  Plaintiff was not a party to this action, nor did she participate in any way in said action.

### 5.

On August 21, 2017, in the case pending in this court, Defendant served a set of garnishment interrogatories on Plaintiff's employer, the St. Mary Parish School Board, seeking to seize Plaintiff's wages and salary as a school teacher in satisfaction of the judgment in favor of Defendant and against Plaintiff's spouse, Calvin Leleux.  Plaintiff was not served with any notice, writ or garnishment.

### 6.

The garnishment was issued pursuant to Louisiana law applied through the Federal Rules of Civil Procedure, Rule 69.

7.

The writ and garnishment in question has resulted in an unconstitutional deprivation of Plaintiff's property in violation of her civil rights and constitutional rights.

8.

Inasmuch as Defendant, a private person, acted pursuant to the state procedure for garnishment, Defendant, as a willful participant was acting under color of state law.

9.

Plaintiff seeks and is entitled to a judgment declaring that 1) Defendant's use of Louisiana's garnishment procedures against Plaintiff constitutes state action and action under color of state law within the meaning of the Fourteenth Amendment to the United States Constitution and 42 USC § 1983 and 2) the seizure by garnishment of Plaintiff's wages based upon a judgment arising out of an action in which she was neither named as a party defendant, nor served with process of any kind deprived Plaintiff of her property without due process of law in violation of the Fourteenth Amendment to the United States Constitution.

## **DAMAGES**

10.

As a result of Defendants action Plaintiff has sustained damages consisting of the following non-exclusive particulars:

A.  Emotional pain and suffering and distress, including, but not limited to damage to Plaintiff's reputation; and

B.  Loss of wages and salary.

11.

Furthermore, to promote one of the major polices underlying §1983, viz., deterrence and prevention of future civil rights violations, Plaintiff is entitled to recover punitive damages.

12.

In order to assert her constitutional and statutory rights herein, Plaintiff has been forced to engage the services of an attorney at law and is entitled to recover a reasonable attorney's fee in addition to all court costs.

## **RELIEF SOUGHT**

WHEREFORE, Plaintiff prays that after due proceedings are conducted herein there be judgment herein in her favor and against Defendant declaring that 1) Defendant's use of Louisiana's garnishment procedures against Plaintiff constitutes state action and action under color of state law within the meaning of the Fourteenth Amendment to the United States Constitution and 42 USC § 1983 and 2) the seizure by garnishment of Plaintiff's wages based upon a judgment arising out of an action in which she was neither named as a party defendant, nor served with process of any kind deprived Plaintiff of her property without due process of law in violation of the Fourteenth Amendment to the United States Constitution.

Plaintiff further prays for compensatory and punitive damages which are reasonable in the premises.

RESPECTFULLY SUBMITTED BY:
NICHOLAS F. LaROCCA, JR., LTD.
(A Professional Law Corporation)


By: *s/ Nicholas F. LaRocca, Jr.*
607 Brashear Avenue
Post Office Box 2466
Morgan City, LA  70381-2466
Telephone:  (985) 385-4800

CERTIFICATE OF SERVICE

I hereby certify that on _____, 2017, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record.


*s/ Nicholas F. LaRocca, Jr.*
NICHOLAS F. LAROCCA, JR.