UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| BARBARA LELEUX | CIVIL ACTION NO. 17-1237 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LUTFE HASSAN | MAG. JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons set forth in the Court's Ruling and the Report and Recommendation of the Magistrate Judge [Doc. No. 10], and after a *de novo* review of the entire record, including Defendant's objection, and concurring with the Magistrate Judge's findings under applicable law,

IT IS ORDERED, ADJUDGED, and DECREED that the "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)" [Doc. No. 6] filed by Defendant Lutfe Hassan is DENIED.

MONROE, LOUISIANA, this 8th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE