# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| BARBARA LELEUX | * | CIVIL ACTION NO. 6:17-CV-1237 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| LUFTE HASSAN | * | MAG. JUDGE PATRICK J. HANNA |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 24] filed by Defendant Lufte Hassan is **GRANTED IN PART** and **DENIED IN PART.** To the extent that Defendant requested attorney fees, the motion is **DENIED**. The motion is otherwise **GRANTED** and Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel [Doc. No. 26] and Motion to Defer Consideration [Doc. No. 29] are **DENIED**.

Monroe, Louisiana, this 17th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**